IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WILFREDO TORRES,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 087 CV 3842 |
| | ) Judge Pallmeyer |
| **EXELON CORPORATION,** | ) Magistrate Judge Denlow |
| Defendant. | ) |

## MOTION TO DISMISS

Defendant Exelon Corporation, by its attorneys, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss Plaintiff's Complaint on the grounds that it fails to state a claim upon which relief can be granted. In support of this Motion, Defendant incorporates by reference its Memorandum of Law, and states as follows:

**Failure to State A Claim of Employment Discrimination**

1. The Complaint purports to be brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* ("Title VII") and Title I of the Americans with Disabilities Act, 42 U.S.C. §§ 12010, *et seq.* ("ADA").

2. Both statutes create causes of action against employers.

3. In Paragraph 3 of the Complaint, Plaintiff alleges that he worked for Commonwealth Edison Company.

4. Defendant is not Commonwealth Edison Company.

5. The Court can take judicial notice that Defendant is not an "employer" within the meaning of Title VII and the ADA.

**Failure to State a Claim of Disability Discrimination**

6. In Paragraph II of the underlying Charge, which is incorporated by reference in the Complaint, Plaintiff alleges that he was away from work for a year because of his disability.

7. In Paragraph V of the Charge, Plaintiff alleges that he was discharged for allegedly falsifying his disability.

8. The ADA protects only "qualified" individuals with disabilities, and a person who cannot do any work is not "qualified" within the meaning of the ADA.

9. Discharging an individual because he is incapable of performing his job is not a violation of the ADA.

**WHEREFORE**, as more fully explained in the Memorandum that is being filed simultaneously with this Motion, Defendant Exelon Corporation requests that the Complaint be dismissed that it be granted such additional relief as the Court deems proper.

Dated: August 11, 2008

Respectfully submitted,

DEFENDANT EXELON CORPORATION

By:  s/Kent Sezer  
    One of its attorneys

Kent Sezer  
Exelon Business Services Company  
10 South Dearborn Street, 49th Floor  
Chicago, Illinois 60603  
(312) 394-7158  
(312) 394-4895 fax

Attorney For Defendant Exelon Corporation