IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WILFREDO TORRES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 08 CV 3842 |
| v. ) | |
| ) | Judge Pallmeyer |
| **EXELON CORPORATION,** ) | |
| ) | Magistrate Judge Denlow |
| **Defendant.** ) | |
| ) | |

## NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Defendant Exelon Corporation, pursuant to Rule 3.2 of the Local Rules for the Northern District of Illinois, provides the following Notification of Affiliates Disclosure Statement.

Defendant Exelon Corporation is a publicly traded company. The following entities claim to own more than 5% of Exelon Corporation's stock:

* Capital Research and Management Company, 333 South Hope Street, Los Angeles, California, 90071; and
* Wellington Management Company, 75 State Street, Boston Massachusetts, 02109

Dated: August 11, 2008

Respectfully submitted,

DEFENDANT EXELON CORPORATION

By: _____s/Kent Sezer_____
One of its attorneys

Kent Sezer
Exelon Business Services Company
10 South Dearborn Street, 49th Floor
Chicago, Illinois 60603
(312) 394-7158
(312) 394-4895 fax

Attorney For Defendant Exelon Corporation