IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WILFREDO TORRES,** )<br>)<br>      **Plaintiff,** )<br>)<br>   v. )<br>)<br>**EXELON CORPORATION,** )<br>)<br>      **Defendant.** )<br>) | **Case No.: 087 CV 3842**<br><br>**Judge Pallmeyer**<br><br>**Magistrate Judge Denlow** |

## NOTICE OF MOTION

To:   Barry A. Gomberg
       Brian S. Schwartz
       Barry A. Gomberg & Associates, Ltd.
       53 W. Jackson Blvd., Suite 1350
       Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on Thursday, August 14, 2008 at 8:45 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Rebecca R. Pallmeyer or any judge sitting in his stead, in the courtroom usually occupied by him at the U.S. District Court for the Northern District of Illinois at Room 2119 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present **Defendant's Motion to Dismiss**, a copy of which is hereby served upon you via electronic filing.

Dated: August 11, 2008

                                                                  Respectfully submitted,

                                                                  DEFENDANT EXELON CORPORATION

                                                                  By:   s/Kent Sezer
                                                                           One of its attorneys

Kent Sezer
Exelon Business Services Company
10 South Dearborn Street, 49th Floor
Chicago, Illinois 60603
(312) 394-7158
(312) 394-4895 fax

Attorney For Defendant Exelon Corporation