# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3842 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Wilfredo Torres vs. Exelon Corporation | | |

**DOCKET ENTRY TEXT**

Motion to dismiss [8] entered and continued for briefing. Response to be filed by or on 8/28/2008; reply 9/4/2008; ruling set for 9/11/2008 at 9:00.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|