IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **WILFREDO TORRES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No.:  08 CV 3842 |
| v. | ) | |
| | ) | Judge Pallmeyer |
| **EXELON CORPORATION,** | ) | |
| | ) | Magistrate Judge Denlow |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT'S REPLY MEMORANDUM
### IN SUPPORT OF ITS MOTION TO DISMISS

Defendant Exelon Corporation moved to dismiss the instant Complaint on three grounds: the Complaint makes it clear that Plaintiff worked for Commonwealth Edison Company, which is an unnamed subsidiary of Defendant; it is an uncontested fact (based on publicly available and undisputed sources) that Exelon Corporation is not an "employer" within the meaning of the applicable statutes; and Count II fails to state a claim under the Americans With Disabilities Act because Plaintiff insists that he was incapable of performing any of the duties of his job.  The Court granted Plaintiff until August 28, 2008 to file any objections he might have to the Motion, and granted Defendant until September 4, 2008 to file a Reply.

In light of the fact that Plaintiff has not filed objections of any kind, there is nothing to which Defendant can reply.  It appears that Plaintiff agrees that Defendant's points are well taken.  Accordingly, Defendant respectfully requests that the Court grant the Motion and dismiss the Complaint with prejudice.

C126446

|  |  |
|---|---|
| Dated: August 11, 2008 | Respectfully submitted,<br><br>DEFENDANT EXELON CORPORATION<br><br>By:   s/Kent Sezer<br>         One of its attorneys |

Kent Sezer
Exelon Business Services Company
10 South Dearborn Street, 49th Floor
Chicago, Illinois 60603
(312) 394-7158
(312) 394-4895 fax